UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

ROBBIE McCLURKIN,

    Plaintiff

vs.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant

Case No. 4:17-cv-00568-KOB

## MEMORANDUM OPINION

On July 16, 2019, the magistrate judge entered a report and recommendation and allowed the parties therein fourteen days in which to file objections to the magistrate judge's recommendations. No party filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge and ACCEPTS his recommendation that the court GRANT the Commissioner's motion to remand (doc. 23). The court finds that the Commissioner's decision should be REVERSED and the action REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings as set out in the Commissioner's "Consent Motion for Entry of Judgment Under

Sentence Four of 42 U.S.C. § 405(G) with Reversal and Remand of The Cause to Defendant."

The court will enter a separate Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 6th day of August, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE